In the Matter of CHARLES WATSON, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted August 26, 2013; decided October 15, 2013

Motion for leave to appeal dismissed upon the ground that the order appealed from does not finally determine the action/proceeding within the meaning of the Constitution.